UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CHILDREN WITHOUT BORDERS, INC.
A Massachusetts Corporation,

        Plaintiff,

v.

DOCTORS WITHOUT BORDERS,
State of Organization Unknown,

        Defendant.

CIVIL ACTION NO. _____

## COMPLAINT FOR DECLARATORY RELIEF

### INTRODUCTION

1. This is an action for a declaratory judgment that the Plaintiff, Children Without Borders, does not infringe any trademark or other rights of the defendant, Doctors Without Borders, through use of the organization's name, "Children Without Borders." The Plaintiff also seeks a declaratory judgment that it does not violate any trademark or other rights of the defendant through the Plaintiff's use of the internet domain "cwbfoundation.org."

### PARTIES

2. Children Without Borders, Inc., a charitable organization, is a Massachusetts non-profit Corporation with a principal place of business at 100 Highland Street, Suite G1, Milton, Norfolk County, MA 02186.

3. Doctors Without Borders is an organization with, on information and belief, a principal place of business at 333 Seventh Avenue, New York, NY 10001-5004.

## JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction because this action arises under the trademark laws of the United States, 15 U.S.C. § 1125(a), *et seq.* and thus presents a federal question (28 U.S.C. § 1331) and one in which exclusive jurisdiction exists in the federal court (28 U.S.C. § 1338).

5. This Court has personal jurisdiction over Doctors Without Borders pursuant to MGL c. 223A § 3.

6. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b) and (c).

## FACTS

7. Plaintiff re-alleges and incorporates by reference the above-numbered paragraphs.

8. Plaintiff is a non-profit, 501(c)(3) tax-exempt charity that was organized on February 13, 2007.

9. Plaintiff's purpose and mission is to provide free orthopedic care to suffering children and young adults world-wide through a network of physicians, organizations and other professionals.

10. Since the beginning of 2007 and continuing without interruption, Plaintiff has used the name and marks "CHILDREN WITHOUT BORDERS", and CWBFOUNDATION.ORG and certain logos in connection with its charitable

mission and service, internet website, fundraising activities, and informational brochures.

11. Plaintiff has invested considerable time, money and effort in advertising and promoting its service marks and in building up the goodwill associated therewith. By virtue of these efforts, Plaintiff has developed substantial recognition and goodwill in its service marks.

12. On or about August 28, 2009, Doctors Without Borders sent a letter to Children Without Borders, threatening to sue Children Without Borders for the use of its organizational name, "Children Without Borders" and its usage of said name on its website, cwbfoundation.org, stating that the organizational name of Children Without Borders leads to confusion in the marketplace and is confusingly similar to Doctors Without Borders. Children Without Borders vehemently rejects this position.

## COUNT I: DECLARATORY RELIEF

13. Plaintiff re-alleges and incorporates by reference the above-numbered paragraphs.

14. This case is capable of judicial determination.

15. An actual and justiciable controversy exists between the parties as to Children Without Borders use of the organizational name "Children Without Borders" and whether that use infringes any trademark rights of Doctors Without Borders under the Lanham Act, 15 U.S.C. § 1125(a), or other rights, if any, which are owned or assertable by Doctors Without Borders and enforceable against Children Without Borders.

16. Children Without Borders use of its organizational name does not infringe any trademark rights of Doctors Without Borders and Doctors Without Borders has no enforceable trademark or other rights against Children Without Borders for the use of its organizational name "Children Without Borders."

17. An actual and justiciable controversy exists between the parties as to Children Without Borders use of the domain name cwbfoundation.org and whether that use and its organizational name infringes any trademark rights of Doctors Without Borders under the Lanham Act, 15 U.S.C. § 1125(a), or other rights, if any, which are owned or assertable by Doctors Without Borders and enforceable against Children Without Borders.

18. Children Without Borders' use of the internet domain name cwbfoundation.org does not infringe any trademark rights of Doctors Without Borders and Doctors Without Borders has no enforceable trademark or other rights against Children Without Borders in connection with use of that domain name.

19. Plaintiff is entitled to a declaration that its use of the organizational name of Children Without Borders does not infringe on any trademark or other rights of Doctors Without Borders and Doctors Without Borders has no enforceable trademark or other rights as against Children Without Borders in connection with the use of its organizational name.

20. Plaintiff, is further entitled to a declaration that its organizational name is not confusingly similar to Doctors Without Borders and in no way does Children Without Borders infringe on or dilute Doctors Without Borders' purported

-5-

trademarks nor does Children Without Borders' organizational name lead to confusion in the marketplace.

21. Plaintiff is entitled to a declaration that its use of the internet domain name cwbfoundation.org does not infringe on any trademark or other rights of Doctors Without Borders and Doctors Without Borders has no enforceable trademark or other rights as against Children Without Borders in connection with the use of that domain name.

**PRAYER FOR RELIEF**

**WHEREFORE,** Plaintiff, Children Without Borders, Inc., prays that this Court:

1. Declare that the organizational name Children Without Borders, Inc. does not infringe on or dilute the trademarks of Doctors Without Borders.

2. Declare that Children Without Borders, Inc. is not a confusingly similar name to Doctors Without Borders.

3. Declare that Children Without Borders' use of the internet domain name cwbfoundation.org does not infringe any trademark or other rights of Doctors Without Borders.

4. Order such other relief as is just and equitable.

-6-

        Respectfully Submitted,
        Children Without Borders, Inc.,
        By its Attorney


        /s/ Gerald A. Phelps
        Gerald A. Phelps
        BBO# 555307
        1212 Hancock Street, Suite 300
        Quincy, MA  02169
        617-376-7585

Case 1:10-cv-10362-RWZ   Document 1   Filed 03/01/2010   Page 6 of 6