## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHILDREN WITHOUT BORDERS, INC. <br> A Massachusetts Corporation, <br><br> *Plaintiff*, <br><br> v. <br><br> MÉDECINS SANS FRONTIÈRES <br> d/b/a DOCTORS WITHOUT BORDERS <br><br> *Defendant*. <br><br> MÉDECINS SANS FRONTIÈRES USA, INC. and <br> BUREAU INTERNATIONAL DE MÉDECINS <br> SANS FRONTIÈRES <br><br> *Counterclaim Plaintiffs*, <br><br> v. <br><br> CHILDREN WITHOUT BORDERS, INC. <br><br> *Counterclaim Defendant*. | No.   1:10-cv-10362-RWZ <br><br> Judge Rya W. Zobel |

## **NOTICE OF WITHDRAWAL**

Pursuant to District of Massachusetts Local Rule 83.5.2C, I, Peter J. Hamilton II, hereby withdraw my appearance from the above-captioned matter. Children Without Borders, Inc. has retained attorneys from the firm of Ropes & Gray to represent it in the above-captioned matter, and those attorneys have entered their appearances in the above-captioned matter. This change will not materially affect the posture of this case.

27620995_2

                Respectfully submitted,

                /s/ Peter J. Hamilton II
                Peter J. Hamilton II (BBO # 673070)
                11 Lamppost Drive
                Halifax, Massachusetts 02338
                (781) 754-0825

Dated: August 12, 2011

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2011, the foregoing Notice of Withdrawal was served by ECF upon all attorneys of record:

                /s/ Peter J. Hamilton II
                Peter J. Hamilton II

27620995_2